FILED

APR 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Charles E. Forrester, Jr.,

Fed. Reg. No. 09565-007
Rivers Correctional Institution
Post Office Box 630
Winton, North Carolina 27986-0630,

   Plaintiff,

v.

United States Parole Commission,

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201,

   Defendant.

Case: 1:07-cv-00728
Assigned To : Kennedy, Henry H.
Assign. Date : 04/23/2007
Description: Forrester v. US Parole Commission

**PLAINTIFF'S COMPLAINT REQUESTING RELIEF
PURSUANT TO THE FREEDOM OF INFORMATION ACT,
TITLE 5 U.S.C. § 552 et seq.**

  **Now comes** the Plaintiff, Charles E. Forrester, Jr., moving **pro se**, and hereby respectfully requests this Honorable Court to compel the United States Parole Commission to relinquish to him the specifically requested documents outlined in plaintiff's Freedom of Information Act request. This Court has jurisdiction to entertain this complaint pursuant to Title 5 U.S.C. § 552(a)(4)(B) (West Supp. 2005). <u>Gallace v. U.S. Dept. of Agriculture</u>, 273 F.Supp.2d

- 1 -

RECEIVED
MAR 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

53, 58 (D.D.C. 2003). In support of this complaint, Plaintiff asserts the following:

1. Plaintiff is a District of Columbia Code Offender, confined at Rivers Correctional Institution under the authority of the Bureau of Prisons ("BOP"), an agency of the United States Department of Justice. See D.C. Code § 24-101 (2001).

2. On January 30, 2007, Plaintiff sent a Freedom of Information Act ("FOIA") request to the United States Parole Commission's (the "Commission") office via the United States Postal Service's certified mail (# 7002 3150 0004 2814 3787). The FOIA request was received in the Commission's office on February 2, 2007. See attachment one, page 3. See also D.C. Code § 14-506 (West. 2001) (certified mail return receipt as prima facie evidence of delivery). So v. 514 10th Street Associates, L.P., 834 A.2d 910, 914 n.3 (D.C. App. 2003); Associated Estates, LLC v. Caldwell, 779 A.2d 939, 944 (D.C.App. 2001).

3. Within Plaintiff's January 30, 2007 FOIA request, he specifically requested the following items as outlined below:
    A.  The January 17, 2007 Pre-Hearing Summary;
    B.  The January 17, 2007 Rehearing Summary;
    C.  The January 17, 2007 Rehearing Tape;
    D.  The January 17, 2007 Notice of Action resulting from

      the January 17, 2007 Rehearing;

  E.  Any and all addenda generated by the Commissions regarding the January 17, 2007 hearing examiner's recommendation;

  F.  Any impact statements made by any adverse party regarding this writer's prospective release on parole; and

  G.  Any and all notes generated by the January 17, 2007 hearing examiner.

<u>See</u> attachment one, page <u>1</u>. A response to Plaintiff's FOIA request was due on or about March 5, 2007. As of this instant complaint, the Commission has failed to honor Plaintiff's FOIA request in a timely manner pursuant to the requirements of Title 5 U.S.C. § 552 et seq.

    4.  The Commission failed to relinquish the requested documents to Plaintiff within the twenty (20) day window authorized by Title 5 U.S.C. § 552(a)(6)(A)(i).

    5.  Plaintiff clearly described the documents sought. The FOIA request was advanced to the Commission's office in good faith. Because of the Commission's inaction with regard to Plaintiff's January 30, 2007 FOIA request, this Court has the unfettered authorization to compel the Commission to relinquish to Plaintiff the documents outlined in paragraph <u>3</u> of this complaint. <u>See</u> <u>chiefly</u>, Title 5 U.S.C. § 552(a)(4)(B).

6. Enclosed with this instant complaint is Plaintiff's requisite application to proceed in forma pauperis. See 28 U.S.C. § 1915 et seq. The Court is requested to consider this complaint as timely filed, and to suspend any and all prospective unexhausted Commission remedies during the pendency of this action. See <u>McCall v. U.S. Marshals Service</u>, 36 F.Supp.2d 3, 5 (D.D.C. 1999).

### RELIEF SOUGHT

Plaintiff is seeking the following relief:

A. An order from the Court enjoining the Commission to relinquish to him all the document outlined in paragraph **3** of this complaint in conjunction with attachment one, within ten (10) days of the Court's mandate; and

B. An order from the Court enjoining the Commission to reimburse plaintiff for the entire court filing fee, and for any and all costs that plaintiff may incur during the course of this action.

**WHEREFORE**, Plaintiff prays that the Court will grant him the relief that he is respectfully seeking, in an expeditious manner.

Respectfully submitted,

_____
Charles E. Forrester, Jr.
Pro se

- 4 -

I declare under penalty of perjury that the following is true and correct, to the best of my knowledge, information, and belief. See Title 28 U.S.C. § 1746 (West. 1994).

Executed on **3/6**/2007      /s/ _____
                                  Charles E. Forrester, Jr.

# ATTACHMENT ONE

Charles L. Forrester, Jr.
Fed. Reg. No. 09565-007
Rivers Correctional Institution
Post Office Box 630
Winton North Carolina 27986

January 30, 2007

**VIA CERTIFIED MAIL**
7002 3150 0004 2814 3787

United States Parole Commission
5550 Friendship Boulevard
Chevy Chase Maryland 20815-7201

**Re:** Freedom Of Information Act Request, 5 U.S.C. § 552 et seq.

Ladies/Gentlemen:

    This instant request for information is for:

1. The January 17, 2007 Pre-Rehearing Summary;
2. The January 17, 2007 Rehearing Summary;
3. The January 17, 2007 Rehearing Tape;
4. The January 17, 2007 Notice of Action resulting from the January 17, 2007, Rehearing;
5. Any and all addendums generated by the Commissioners regarding the January 17, 2007 hearing examiner's recommendation;
6. Any impact statments made by any adverse party regarding this writer's prospective release on parole; and
7. Any and all notes generated by the January 17, 2007 hearing examiner.

    This request is presented to you in accordance with Title 5 U.S.C. § 552 et seq. I am requesting that your office waive all cost for the searching and copying of the foregoing requested items. See Title 5 U.S.C. § 552(a)(4)(A)(i). Importantly, a response to

-1-

this request for information is required within twenty(20) days. See Title 5 U.S.C. § 552(a)(6)(A)(i).

Thank you for your cooperation in this matter.

Sincerely,

_____
Charles E. Forrester, Jr.

I declare under the penalty of perjury that the foregoing is true and correct. Title 28 U.S.C. § 1746.

Executed on 1/30/2007

_____
Charles E. Forrester, Jr.

-2-

7002 3150 0004 2814 3787



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7002 3150 0004 2814 3787**
Status: **Delivered**

Your item was delivered at 1:04 PM on February 2, 2007 in CHEVY CHASE, MD 20815.

[ Additional Details > ]  [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  [ Go > ]

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Charles E. Forrester, Jr. #09666-0[7]

| | | |
|---|---|---|
| Postage | $ | 0.39 |
| Certified Fee | | 2.40 |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 2.79 |

Postmark Here — JAN 30 2007  27986

Sent To: U.S. Parole Commission
Street, Apt. No.; or PO Box No.: 5550 Friendship Blvd.
City, State, ZIP+4: Chevy Chase  MD  20815-7201

PS Form 3800, June 2002    See Reverse for Instructions

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
CHARLES E. FORRESTER, JR.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

## DEFENDANTS
USPC

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOT TRA
ATT

Case: 1:07-cv-00728
Assigned To : Kennedy, Henry H.
Assign. Date : 04/23/2007
Description: Forrester v. US Parole Commission

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(3)

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br>☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
_5 USC 552 - F.O.I.A._

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☒ YES  ☐ NO   If yes, please complete related case form.

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd