UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES E. FORRESTER, JR.,<br>Fed. Reg. No. 09565-007<br>Rivers Correctional Institution<br>Post Office Box 630<br>Winton, North Carolina 27986-0630<br><br>     Plaintiff,<br><br>     v.<br><br>UNITED STATES PAROLE COMMISSION,<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815-7201<br><br>     Defendant. | Civil Action No. 07–0728 (HHK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for defendant in the above-captioned case.

          Respectfully submitted,

         __/s/_____
         JONATHAN C. BRUMER, D. C. BAR # 463328
         Assistant United States Attorney
         Judiciary Center Building
         555 Fourth Street, N.W., Room E4815
         Washington, D.C. 20530
         (202) 514-7431
         (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Appearance was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Charles E. Forrester, Jr.
>#09565-007
>Rivers Correctional Institution
>P.O. Box 630
>Winton, NC 27986-0630

on this 17th day of May, 2007.

>__/s/_____
>JONATHAN C. BRUMER, D. C. BAR # 463328
>Special Assistant United States Attorney
>Judiciary Center Building
>555 Fourth Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)