# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES E. FORRESTER, J.R. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES PAROLE COMMISSION, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0728 (HHK) |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, United States Parole Commission, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to the Complaint.

Defendant requests that the deadline for responding to the Complaint be extended by thirty days, from May 29, 2007 to June 28, 2007. This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered. The undersigned counsel did not attempt to contact *pro se* Plaintiff for his consent, because Plaintiff is incarcerated, rendering such a step impracticable.

This enlargement of time is sought for three reasons. First, the undersigned Counsel for Defendant, Jonathan C. Brumer, began a detail at the United States Attorney's Office on May 7, 2007, and this case was assigned to him on or about May 11, 2007. Mr. Brumer will need some time to familiarize himself with the procedural history of this case and the relevant legal authorities, confer with agency counsel about the circumstances of this case, and prepare an appropriate response to Plaintiff's Complaint. Mr. Brumer anticipates that he may want to file a

dispositive motion in response to Plaintiff's Complaint, which will require additional time for preparation. Second, counsel for Defendant will be out of the office on scheduled leave on May 24, May 25, and May 29, and has several imminent deadlines in his other cases, including Answers and/or dispositive motions in, among other cases, Andre Cooper v. EOUSA, et al., 07-0744 (D.D.C.), Bonaparte v. DOJ, Civil Action No. 07-0749 (D.D.C.), Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.), Melvyn Johnson v. Fenty, 07-0935 (RMC), Delgado v. ATF, Civil Action No. 07-0256 (D.D.C.), and a Reply in Kotz v. Lappin, *et. al.*, Civil Action No. 07-0856 (D.D.C.). Third, the Counsel for Defendant is currently waiting for agency counsel to send him information and documents which are required before he can formulate an appropriate response to Plaintiff's Complaint. Consequently, Defendant requests the additional time in order to further confer and better address the relevant issues in this case.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to June 28, 2007.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for Enlargement of Time was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

> Charles E. Forrester, Jr.
> R 09565-007
> Rivers Correctional Institution
> Inmate Mail/Parcels
> P.O. Box 630
> Winton, NC 27986-0630

on this 23rd day of May, 2007.

> s/Jonathan C. Brumer
> JONATHAN C. BRUMER, D.C. BAR # 463328
> Special Assistant United States Attorney
> 555 4th Street, N.W., Room E4815
> Washington, D.C. 20530
> (202) 514-7431
> (202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHARLES E. FORRESTER, J.R. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0728 (HHK) |
| ) | |
| UNITED STATES PAROLE COMMISSION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until June 28, 2007, to respond to the Complaint.

_____
HENRY H. KENNEDY
United States District Court Judge

Copies of this order to:

Charles E. Forrester, Jr.
R 09565-007
Rivers Correctional Institution
Inmate Mail/Parcels
P.O. Box 630
Winton, NC 27986-0630

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530