United States District Court
For The District of Columbia

Charles E. Forrester, Jr.,

   Plaintiff,

v.                                                  Civil No. 1:07-cv-728 (HHK)

United States Parole Commission

   Defendants.

Plaintiff's Motion Requesting The Court To Dismiss His Freedom of Information Act Complaint

Comes Now, the Plaintiff, moving pro se, and hereby respectfully request this Court to dismiss the above-captioned case without prejudice in accordance with rule 41(a) of the Federal Rules of Civil Procedures. In support of this motion, Plaintiff states the following:

1. On February 5, 2007, the United States Parole Commission (the Commission) received Plaintiff's request for information, via the Freedom of Information Act (FOIA).

RECEIVED
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. On May 22, 2007, Plaintiff received the requested information. <u>See</u> the attached February 21, 2007 Cover letter.

3. At this juncture, Plaintiff is satisfied with the information received from the Commission. The Defendants have not responded to the pending Complaint, and thus, the Defendants will not be prejudiced by Plaintiff request for the dismissal of the above-styled case.

4. The Court is requested to dismiss the above-captioned case <u>without prejudice</u> in accordance with Fed. R. Civ. P., rule 41(a).

May 23, 2007

Respectfully Submitted,
Charles L. Forrester L.
Fed. Reg. No. 09565-007
Rivers Correctional Institution
P.O. Box 630
Winton NC 27986

Certificate of Service

This is to certify that I have on this 23rd day of May 2007 served a copy of the foregoing upon the below-listed party by placing the same in the Rivers Correctional Institution prison mailbox, addressed as follows:

Jonathan C. Brumer
Assistant United States Attorney
555 Fourth St., N.W. Room E4815
Washington, D.C. 20530

*[signature]*
Pro se



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301)492-5821*
*Facsimile: (301)492-5525*

February 21, 2007

Charles Forrester
Reg. No. 09565-007
Rivers CI
145 Parker's Fishery Road
Winton, NC 27986

**Re: Your Disclosure Request**

Dear Forrester:

This is in response to your request of January 30, 2007 received on February 5, 2007 for copies of documents from your parole file. The terms of your request cover:

Copies of documents contained in the U.S. Parole Commission's file pertaining to your parole hearing dated January 17, 2006.

The Commission is disclosing all of the documents you requested which are in your active file as of the date of this response.

Because the Parole Commission is exempt from the access provisions of the Privacy Act, this disclosure is made under the Freedom of Information Act (FOIA).

**Any documents submitted by you or your representative are not enclosed, but will be sent if you so request.**

There are documents in your file that are duplicates of documents that originated with the Bureau of Prisons (BOP). These documents are available through your case manager. We have not interpreted your request to include these documents as you may already have obtained them from the BOP. Please advise the undersigned if you wish the Parole Commission to process these documents. Under departmental regulations, the Commission will then refer these documents to the BOP for processing and a direct response to you.

If you are dissatisfied with my action on this request, you have thirty (30) days from the receipt of this letter to appeal this decision to the Chairman of the U.S. Parole Commission. An appeal to the Chairman must be made in writing and addressed to the Office of the Chairman, U.S. Parole Commission, 5550 Friendship Boulevard, Suite 420, Chevy Chase, MD 20815.

Sincerely,

Bartholomew D. Allen